IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| MELANIE J. SEPMOREE, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) CASE NO. 2:14-cv-141 |
| | ) JUDGE HENRY MORGAN |
| BIO-MEDICAL APPLICATIONS | ) |
| OF VIRGINIA, INC. | ) |
| d/b/a "Fresenius Dialysis" | ) |
| | ) |
| | ) |
| *Defendant.* | ) |

## FINANCIAL INTEREST DISCLOSURE STATEMENT OF DEFENDANT BIO-MEDICAL APPLCIATIONS OF VIRGINIA, INC.

Pursuant to Local Rule 7.1(a) of the Eastern District of Virginia, Defendant Bio-Medical Applications of Virginia, Inc. d/b/a Fresenius Medical Care Dominion[1], ("Defendant") certifies that: Defendant is a wholly owned subsidiary of Bio-Medical Applications Management Company, Inc. There is no publicly owned corporation not a party to the case who owns 10% or more of Defendant's stock.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/Kristina H. Vaquera*
Kristina H. Vaquera (VSB No. 43655)
Ramsay C. McCullough (VSB No. 87014)
JACKSON LEWIS P.C.
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Fax: (757) 648-1418

---

[1] Plaintiff improperly identified the Responding Party/Defendant in her Complaint. The proper name of the Defendant is Bio-Medical Applications of Virginia, Inc. d/b/a Fresenius Medical Care Dominion.

-2-

Kristina.Vaquera@jacksonlewis.com
Ramsay.McCullough@jacksonlewis.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2014, the forgoing *Motion to Dismiss and Memorandum in Support,* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel specified below:

**Jeremiah A. Denton III, Esquire**
**Jeremiah A. Denton III, P.C.**
**477 Viking Drive, Suite 100**
**Virginia Beach, VA 23452**
*Counsel for Plaintiff*

/s/Kristina H. Vaquera

4815-1434-7803, v. 2